# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

GRETCHEN LANDRY

VERSUS

LIBERTY MUTUAL FIRE
INSURANCE COMPANY, POINTER
SMITH CONTRACTING
CORPORATION AND TIMOTHY
WASHINGTON

NO.  2020 CW 0805

**SEPTEMBER 25, 2020**

---

In Re:    Illinois  Union  Insurance  Company,  applying  for
supervisory  writs,  23rd  Judicial  District  Court,
Parish of St. James, No. 37481.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT TRANSFERRED.**  This court has no jurisdiction over a writ application arising out of St. James Parish.  La. R.S. 13:312(5)(a) designates the Parish of St. James as subject to the jurisdiction of the Fifth Circuit Court of Appeal, and accordingly, this writ application is hereby transferred to the Fifth Circuit Court of Appeal.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT